### BALTO. FIRE INS. CO., *vs.* LONEY, ET AL.

COCHRAN, J., delivered the opinion of this Court:

This case having been tried in the Court below with the preceding case, upon the same evidence except as to the amounts of the insurances, and in this Court upon the same record and exceptions, the judgment from which this appeal was taken will be affirmed for the reasons stated in the preceding opinion.

*Judgment affirmed.*

(Decided May 5th, 1863.)